IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| CLIVE B. HILGERT ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | |
| ) | M-07-094 |
| GEORGE S. MAY INTERNATIONAL ) | |
| COMPANY ) | |

### JUDGMENT

On this day came on to be considered Plaintiff's "Motion for Summary Judgment" in the above referenced case (Docket Entry No. 117), and the Court, noting that Defendant failed to respond to said motion or otherwise even make an appearance in this action in the last year, and having reviewed the motion and the pleadings on file, is of the opinion that it should be granted for the reasons previously stated on the record and to the extent stated below. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff Clive B. Hilgert does recover of and from Defendant George S. May International Company, the sum of $5,873.00 in damages related to Plaintiff's contract claims and $ 25,000 in damages related to Plaintiff's age discrimination claims asserted under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*, plus post-judgment interest at the legal rate of 0.18% per annum. It is further ORDERED this case is hereby DISMISSED.

The Clerk shall send a copy of this Judgment to counsel for the Plaintiff and the Defendant.

DONE on this 28th day of September, 2012, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF UNITED STATES DISTRICT JUDGE